# Court of Appeals
# of the State of Georgia

ATLANTA,____July 06, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1909.  SHEBA INDEPENDENT AUTO SALES, LLC v. MYESHA S. BLOCKER.**

Sheba Independent Auto Sales, LLC filed this direct appeal from the state court's judgment in favor of Myesha S. Blocker for $250.00, plus attorney fees and expenses of $6,637.00 and court costs of $252.50. Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000.00 or less must comply with the discretionary appeal procedures.  Because this suit is an action for damages and the judgment entered was less than $10,000.00, a discretionary application was required under OCGA § 5-6-35.  See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998); see also *Emerson v. Brookmere Homeowners Ass'n*, 311 Ga. App. 371 n.1 (715 SE2d 775) (2011).  Sheba Independent Auto Sales, LLC's failure to file an application for discretionary appeal deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,_____* 07/06/2015 ____
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*